The Honorable James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-109JLR |
| Plaintiff, | |
| | ORDER CONTINUING TRIAL DATE |
| v. | |
| RAYMOND LEE FRYBERG, Jr., | |
| Defendant. | |

This matter, having come before the Court at the request of the parties for a continuance of the trial date due to the unavailability of defense counsel, and the defendant, having submitted a speedy trial waiver to October 19, 2015, and the Court, being fully familiar with the entirety of the file herein and based on the reasons asserted by the parties, FINDS as follows:

1. The ends of justice served by granting a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

Order Continuing Trial Date /
U.S. v. Fryberg, CR15-109JLR - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. Proceeding to trial on the scheduled date of August 31, 2015, will unreasonably deny the defendant continuity of counsel and deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from August 31, 2015, to September 21, 2015, at 9:00 a.m. The resulting period of delay from the date of this Order to September 21, 2015, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

The pre-trial motions due date has passed and the Court will not set a new date for the filing of pre-trial motions.

The Pre-Trial Conference is continued to Wednesday, September 16, 2015, at 1:30 p.m.

DATED this 26th day of August, 2015.

_____
JAMES L. ROBART
United States District Judge

Order Continuing Trial Date /
U.S. v. Fryberg, CR15-109JLR - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970