The Honorable James J. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>V.<br><br>RAYMOND LEE FRYBERG, JR.,<br><br>Defendant. | No.  CR15-00109LJR<br><br>MOTION TO SEAL DEFENDANT'S MOTION FOR CHANGE OF VENUE<br><br>Noting Date: September 8, 2015 |

Comes now the Defendant, Raymond Lee Fryberg, Jr., by and through his undersigned counsel, and respectfully moves this Honorable Court for an Order sealing the Defendant's Motion to Change Venue.  The basis of this Motion is that allowing the Defendant's Motion to Change Venue to be available for public viewing will exacerbate the problem with pretrial publicity, as detailed in the underlying Motion.

DATED this 8th day of September, 2015.

*s/ Michael T. Lee*
MICHAEL T. LEE, WSBA # 44192
Attorney for Raymond Lee Fryberg, Jr.
108 South Washington Street, Suite 200
Seattle, Washington 98104
Ph: 206.388.0777
Fx: 206.388.0780
Email: michael@jhblawyer.com

MOTION TO SEAL DEFENDANT'S MOTION
FOR CHANGE OF VENUE

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

### CERTIFICATE OF SERVCE

I HEREBY CERTIFY that on September 8, 2015, I electronically filed Defendant Fryberg's Motion to Seal Defendant's Motion for Change of Venue using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant and the government.  I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.

Dated this 8th day of September, 2015.

*s/ Michael T. Lee*

MICHAEL T. LEE, WSBA # 44192
Attorney for Raymond Lee Fryberg, Jr.
108 South Washington Street, Suite 200
Seattle, Washington 98104
Ph: 206.388.0777
Fx: 206.388.0780
Email: michael@jhblawyer.com

MOTION TO SEAL DEFENDANT'S MOTION
FOR CHANGE OF VENUE

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780