The Honorable James J. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA | No. CR15-00109LJR |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT |
| V. | |
| RAYMOND LEE FRYBERG, JR., | |
| Defendant. | |

THIS MATTER has come before the undersigned Judge, upon the application of the Defendant in this matter for an order sealing the Defendant's Motion to Change Venue.  The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS HEREBY ORDERED that Defendant's Motion to Change Venue be filed under seal.

ORDERED this 9th day of September, 2015.

Honorable James L. Robart

LAW OFFFICES OF JOHN HENRY BROWNE PS
108 SOUTH WASHINGTON STREET, SUITE 200
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

PRESENTED BY:


*s/ Michael T. Lee*

MICHAEL T. LEE, WSBA # 44192
JOHN HENRY BROWNE, WSBA # 4677
Attorneys for Raymond Lee Fryberg, Jr.
108 South Washington Street, Suite 200
Seattle, Washington 98104
Ph: 206.388.0777
Fx: 206.388.0780
Email: michael@jhblawyer.com
johnhenry@jhblawyer.com




**CERTIFICATE OF SERVCE**

I HEREBY CERTIFY that on September 8, 2015, I electronically filed [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO SEAL DOCUMENT using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendant and the government. I hereby certify that I have served any other parties of record that are non CM/ECF participants via Tele-fax/US postal mail.


Dated this 8th day of September, 2015.


*s/ Michael T. Lee*

MICHAEL T. LEE, WSBA # 44192
Attorney for Raymond Lee Fryberg, Jr.
108 South Washington Street, Suite 200
Seattle, Washington 98104
Ph: 206.388.0777
Fx: 206.388.0780
Email: michael@jhblawyer.com