Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR15-109JLR |
| Plaintiff, | MOTION IN LIMINE TO LIMIT TRIBAL JUDGES' TESTIMONY |
| v. | |
| RAYMOND FRYBERG, JR., | |
| Defendant. | |

COMES NOW Tulalip Tribal Judges Randy Steckel and Randy Doucet, subpoenaed witnesses, and move this Court in limine to limit the scope of their testimony at trial. In support of this motion, the Judges submit a memorandum of law and proposed order.

Respectfully submitted this 16th day of September, 2015,

BURI FUNSTON MUMFORD, PLLC

By   /s/  Philip Buri

Page 1 – MOTION IN LIMINE

BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

1
2
3

Philip Buri, WSBA #17637
Attorney for Judges Randy Steckel
and Randy Doucet
Philip@BuriFunston.com

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

24  Page 2 – MOTION IN LIMINE



BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

25
26