Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR15-109JLR |
|     Plaintiff, | [PROPOSED] |
| v. | ORDER GRANTING MOTION IN LIMINE |
| RAYMOND FRYBERG, JR., | |
|     Defendant. | |

THIS MATTER comes before the Court on Tulalip Tribal Judges Randy Steckel and Randy Doucet's motion in limine.  Having reviewed the motion, together with all materials filed in support and opposition, the Court GRANTS the Judges' motion.

Any testimony under subpoena from Judge Randy Steckel or Judge Randy Doucet shall be limited to authenticating relevant Tulalip Tribal Court orders and describing the standard procedures for deciding protection orders in Tribal Court.

//

Page 1 – ORDER GRANTING MOTION IN LIMINE

BURiFUNSTON
MUMFORD
attorneys @ law

BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502

1   Signed this ___ day of September, 2015,

2

3

4   By _____
    Judge James L. Robart
    United States District Court

5

6   Presented by:

7   Buri Funston Mumford, PLLC

8   By   /s/  Philip Buri
9        Philip Buri, WSBA #17637
         Attorney for Judges Randy Steckel
10       and Randy Doucet
         Philip@BuriFunston.com
11

12

13

14

15

16

17

18

19

20

21

22

23

24  Page 2 – ORDER GRANTING MOTION IN LIMINE

25

26

BURiFUNSTON MUMFORD
attorneys @ law

BuriFunstonMumford, PLLC
1601 F Street
Bellingham, Washington 98225
P 360.752.1500 | F 360.752.1502